# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **DANNY RAY MEEKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 1:14-cv-00092 |
| | ) CHIEF JUDGE CRENSHAW |
| **TENNESSEE DEPARTMENT OF** | ) |
| **CORRECTIONS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Meeks' Motion to Alter or Amend Order (Doc. No. 78) is **DENIED**. Defendant Tennessee Department of Corrections' Request for Leave to File a Response to Plaintiff's Motion to Alter or Amend Order (Doc. No. 83), and Meeks' Request for Leave to File Reply in Support of His Motion to Alter or Amend (Doc. No. 93) are **GRANTED**.

Meeks' Motion for Review of Magistrate Judge's Order Denying Plaintiff's Motion for Extension of Time (Doc. No. 85) is **DENIED**.

The Magistrate Judge's Report and Recommendation (Doc. No. 81) is **ADOPTED**. Accordingly, Defendant Corrections Corporation of America's Motion for Summary Judgment (Doc. No. 59) is **GRANTED** and Meeks' remaining retaliation claims under the Americans with Disabilities Act are **DISMISSED**. Meeks' Motion for *De Novo* Determination by the District Judge (Doc. No. 87) is **DENIED AS MOOT**.

The Clerk shall enter judgment in accordance with Federal Rule of Procedure 58. The Court **CERTIFIES** that any appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE